IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER LENARD PUGH,** | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 09-00016-KD-B |
| **RICHARD DIX,** *et al.*, | : |
| Defendants. | : |

### ORDER

Plaintiff, an Alabama inmate proceeding pro se, filed a complaint alleging violations under 42 U.S.C. § 1983 (Doc. 1), together with motion to proceed without prepayment of fees. (Doc. 2).[1] Plaintiff's complaint (Doc. 1) is not on the form required by this Court. Accordingly, Plaintiff is **ORDERED** to complete and file, by **March 2, 2009,** this Court's current form for a complaint under 42 U.S.C. § 1983. See Local Rule 83.9(d)(1). Plaintiff's new complaint will supersede his original complaint; therefore, Plaintiff shall not rely upon his original complaint. If additional pages are needed, Plaintiff shall follow the format contained in the form complaint when completing the additional pages.

Failure to comply with this Order within the prescribed time or to advise the Court of a change in address will result in the

---

[1] Plaintiff also filed four motions to amend the complaint (Docs. 3, 4, 7, 8) and a Request for Further Instructions (Doc. 5). In light of the instant Order directing Plaintiff to refile his complaint, Plaintiff's motions are denied as Plaintiff's new complaint will supersede his original complaint.

dismissal of this action without prejudice for failure to prosecute and to obey the Court's Order.  The Clerk is **DIRECTED** to send Plaintiff the form for a complaint under 42 U.S.C. § 1983.

    **DONE** this **2nd** day of **February, 2009**.

                                       **/s/ Sonja F.Bivins**
                                **UNITED STATES MAGISTRATE JUDGE**