IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| CHRISTOPHER LENARD PUGH, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0016-KD-N |
| OFFICER RICHARD DIX, et al, | : | |
| Defendants. | : | |

## ORDER

This action is before the Court on plaintiff Christopher Lenard Pugh's Motion to Alter or Amend a Judgment (doc. 139). Plaintiff argues that he did not receive a copy of the report and recommendation and therefore, he did not have an opportunity to respond to the report and recommendation.

Accordingly, the motion (doc. 139) is **GRANTED** and the order and judgment adopting the report and recommendation are **vacated**. The Clerk of the Court is **directed** to re-mail a copy of the report and recommendation to plaintiff at his current address.

Additionally, plaintiff asserts that he did not receive a copy of the defendants' response to plaintiff's motion for contempt of court and motion for leave to amend (doc. 134). The certificate of service indicates that the response was mailed to a post office box at Mr. Meigs, Alabama. That is an incorrect address. Therefore, the Clerk of the Court is **directed** to mail a copy of the response (doc. 134) to plaintiff at his current address.

**DONE** this the 4th day of August, 2011.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**