IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER LENARD PUGH** | : |
| **Plaintiff,** | : |
| vs. | :    **CIVIL ACTION No. 09-00016-KD-N** |
| **RICHARD DIX,** *et al.,* | : |
| **Defendants.** | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is DISMISSED with prejudice.

**DONE** this 2nd day of September, 2011.

                                               s/ Kristi K. DuBose
                                               KRISTI K. DuBOSE
                                               UNITED STATES DISTRICT JUDGE